1  **BURSOR & FISHER, P.A.**
   L. Timothy Fisher (State Bar No. 191626)
2  Stefan Bogdanovich (State Bar No. 324525)
   Emily A. Horne (State Bar No. 347723)
3  1990 North California Blvd., Suite 940
   Walnut Creek, CA 94596
4  Telephone: (925) 300-4455
5  Facsimile: (925) 407-2700
   E-mail: ltfisher@bursor.com
6          sbogdanovich@bursor.com
7          ehorne@bursor.com

8  *Attorneys for Plaintiffs*

9

10

11
                    **UNITED STATES DISTRICT COURT**
12
                    **NORTHERN DISTRICT OF CALIFORNIA**
13

14

15 | LISA ALCARAZ and BRIAN HONG, | Case No.: 4:24-cv-00427-JSW
   | individually and on behalf   |
16 | of all others similarly situated, | **NOTICE OF VOLUNTARY DISMISSAL**
                                       **WITHOUT PREJUDICE**
17                      Plaintiffs,

18           v.

19  STUBHUB, INC.,

20                      Defendant.

21

22

23

24

25

26

27

28

PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE
CASE NO. 4:24-CV-00427-JSW

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Federal Rule of Procedure 41(a)(1)(A)(i) provides that "the plaintiff may dismiss an action without a court order by filing ... a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Accordingly, Plaintiffs Lisa Alcaraz and Brian Hong voluntarily dismiss their claims in this action without prejudice against Defendant.

Dated: April 17, 2024        **BURSOR & FISHER, P.A**.

By:    /s/ *L. Timothy Fisher*

L. Timothy Fisher (State Bar No. 191626)
Stefan Bogdanovich (State Bar No. 324525)
Emily A. Horne (State Bar No. 347723)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
           sbogdanovich@bursor.com
           ehorne@bursor.com

*Attorneys for Plaintiffs*